IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TENG YANG, | No. C 09-03374 CW (PR) |
| Petitioner, | ORDER OF TRANSFER |
| v. | |
| CHARLES DEROSA, Warden, | |
| Respondent. | |

Petitioner, a state prisoner, has filed a pro se petition for a writ of habeas corpus.

Federal statute allows "the Supreme Court, any justice thereof, the district courts and any circuit judge" to grant writs of habeas corpus "within their respective jurisdictions." 28 U.S.C. § 2241(a). A federal petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court is properly filed in either the district of confinement or the district of conviction. Id. § 2241(d). The district court where the petition is filed, however, may transfer the petition to the other district in the furtherance of justice. See id. Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. See Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

1   Here, Petitioner challenges a conviction and sentence incurred
2 in the Butte County Superior Court, which is in the venue of the
3 Eastern District of California.  See 28 U.S.C. § 84.  Accordingly,
4 that is the proper venue for this action.
5   Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and
6 in the interest of justice, the Clerk of the Court is ordered to
7 TRANSFER this action forthwith to the United States District Court
8 for the Eastern District of California.
9   All remaining motions are TERMINATED on this Court's docket as
10 no longer pending in this district.
11   IT IS SO ORDERED.
12 Dated: 9/10/09

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TENG YANG,

        Plaintiff,

v.

CHARLES DEROSA et al,

        Defendant.

Case Number: CV09-03374 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 10, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Teng Yang
V-05394
La Palma Correctional Center
5501 North La Palma Rd.
Eloy, AZ 85231

Dated: September 10, 2009

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

3